**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Misc. No. 1:18-mc-00104-JCN** |
| | ) | |
| **BRANDON WILSON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER TO SHOW CAUSE**

Upon the Petition, the Exhibits attached thereto, including the Declaration of Revenue Officer Jared More of the Internal Revenue Service, and upon the motion of Halsey B. Frank, United States Attorney for the District of Maine, it is

ORDERED that the Respondent appear before the United States District Court for the District of Maine, in that branch thereof presided over by the undersigned, in the United States Courthouse, 202 Harlow Street, Bangor, Maine, on the 6th day of June, 2018, at 11:00 a.m., to show cause why he should not be compelled to obey the Internal Revenue Service Summonses served upon him on October 4, 2017; and it is further

ORDERED that a copy of this Order, together with the Petition and Exhibits thereto, be served upon Respondent pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedures on or before May 23, 2018.

DATED this 19th day of April, 2018.

/s/John C. Nivison
JOHN C. NIVISON
UNITED STATES MAGISTRATE JUDGE