**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Misc. No. 1:18-mc-00104-JCN** |
| | ) | |
| **BRANDON WILSON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONSES</u>

The Petition to Enforce Internal Revenue Service Summonses having come before the United States District Court for the District of Maine for hearing on June 6, 2018, and the Respondent not having shown any cause why he should not obey the Summonses served on him on October 4, 2017, and, to the contrary, having agreed to comply with the Summonses at issue, it is hereby:

ORDERED that the Court grants the United States' request to enforce the Summonses; and it is further

ORDERED that, with respect to the relevant Summonses tax period(s), Respondent shall produce the documents described in the Summonses to the Internal Revenue Service, Revenue Officer Jared More, or any other officer of the Internal Revenue Service on or before July 6, 2018, at the office of the Internal Revenue Service, 202 Harlow Street, Bangor, Maine, 04401. In the event Respondent anticipates requiring an extension of time in order to comply fully with the Summonses, Respondent shall notify Revenue Officer More, or any other officer of the Internal Revenue Service, reasonably before the July 6, 2018, deadline.

Failure to comply with this Order shall put the Respondent in jeopardy of being found in contempt of Court.

DATED this 6th day of June, 2018.

/s/John C. Nivison
John C. Nivison
United States Magistrate Judge